1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  DOUGLAS ALEXANDER             ) Case No. EDCV 12-1273 ODW(JC)
    MIALKOVSKY,                   )
12                                ) ORDER ACCEPTING FINDINGS,
                  Petitioner,     ) CONCLUSIONS, AND
13                                ) RECOMMENDATIONS OF
            v.                    ) UNITED STATES MAGISTRATE
14                                ) JUDGE
                                  )
15  M.D. BITER,                   )
                                  )
16                                )
                  Respondent.     )
17  _____

18

19       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

20  Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein,

21  and the attached Report and Recommendation of United States Magistrate Judge

22  ("Report and Recommendation").  The Court approves and accepts the Report and

23  Recommendation.

24       IT IS ORDERED that Judgment be entered denying the Petition and

25  dismissing this action with prejudice.

    ///
26
    ///
27
    ///
28

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  Report and Recommendation, and the Judgment herein on petitioner and counsel

3  for respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6    DATED:   April 9, 2015

7

8    _____

9    HONORABLE OTIS D. WRIGHT, II
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28